# JacksonLewis

Jackson Lewis P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200 Main
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

JOHN K. BENNETT, ESQ.
(908) 795-5129
John.Bennett@jacksonlewis.com

OPEYEMI D. AKINDE, ESQ.
(908) 795-5213
Opeyemi.Akinde@jacksonlewis.com

September 2, 2025

**VIA ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court, District for New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: **Forde v. Floor & Decor Outlets of America, et al.**
**Civ. Action No. 2:25-cv-13757 (CCC) (JSA)**

Dear Judge Cecchi:

    This Firm represents Defendants, Floor & Decor Outlets of America, Inc. ("Floor & Decor"), and the individual Defendants, in the above-captioned employment action. We write with respect to Defendants' pending motion to compel arbitration under the Arbitration Agreement between Plaintiff, Shivonne Forde, and Defendant Floor & Décor, and to dismiss the action.

    On August 7, 2025, Defendants filed their Motion to Compel Arbitration and to Dismiss this Action (D.E. 7). On August 8, 2025, this Court set a September 2, 2025, return date for the Motion (D.E. 8). According to Local Civil Rule 7.1(d)(2), any brief and other papers in opposition to a motion were to have been filed with the Court at least fourteen (14) days prior to the September 2, 2025 motion return date. Any opposition by Plaintiff to Defendants' motion was therefore due to be filed with the Court no later than Monday, August 18, 2025. Plaintiff has not filed any opposition to Defendants' Motion to Compel Arbitration and Dismiss this Action.

    Accordingly, Defendants respectfully request that the Court consider Defendants' Motion to be unopposed. We thank Your Honor for the Court's time and consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

John K. Bennett
Opeyemi D. Akinde

4922-4041-6613, v. 1